# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U. S. A. vs.   Steve Lynell Spence, Jr.                     Docket No. 1:20CR00164-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW   Evan Cisneros   , U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Steve Lynell Spence, Jr. who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower   sitting in the court at  Austin , on the 23rd  day of July , 2020 under the following conditions:

See Appearance Bond an Order Setting Conditions of Release dated September 2, 2020:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his release:

(1) The defendant must not violate federal, state, or local law while on release.

On July 31, 2020, the defendant was arrested by the Austin Police Department in Austin, Texas, for Evading Arrest/Detention. The defendant was subsequently released on bond in this case. The defendant is scheduled for a Pretrial Conference in Case Number C-1-CR-20-207405 on April 30, 2021 at 9:00 a.m. in the Travis County Court #9.

(7)(r) The defendant must report as soon as possible, to pretrial services office of supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

On March 9, 2021, Pretrial Services Officer Evan Cisneros received notification from the U.S. Probation Office in Austin, Texas, that while conducting their presentence investigation, it was revealed that the defendant was arrested on July 31, 2020, by the Austin Police Department for Evading Arrest/Detention. On that same, Pretrial Services Officer Evan Cisneros independently confirmed through obtained court records from the Travis County Clerks Office that the defendant was arrested on July 31, 2020, for the alleged offense. During his term of pretrial supervision, the defendant did not report this arrest to the U.S. Pretrial Services Office. On March 10, 2021, Pretrial Services Officer Evan Cisneros subsequently contacted the defendant to confront him of the arrest. Upon questioning of the alleged arrest, the defendant indicated he could not recall or remember being arrested on July 31, 2020, for evading arrest/detention.

PRAYING THAT THE COURT WILL ORDER: That a Summons be issued for the defendant to be brought before the court to show just cause why his bond should not be revoked.

Respectfully submitted,

*Evan Cisneros*

Evan John Cisneros
U.S. Pretrial Services Officer

Place: Austin, Texas
Date: March 11, 2021

## ORDER OF COURT

Considered and ordered this 11th day of March 2021 and ordered filed and made a part of the records in the above case.

_____
Judge Susan Hightower
U.S. Magistrate Judge