PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Steve Lynell Spence, Jr.</u>              Case Number: <u>1:20-CR-00164-LY(1)</u>

Name of Sentencing Judicial Officer: <u>The Honorable Lee Yeakel, United States District Judge, Western District of Texas-Austin Division</u>

Date of Original Sentence:  <u>April 20, 2021</u>

Original Offense: <u>Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)</u>

Original Sentence: <u>37 months imprisonment, followed by three (3) years supervised release with special conditions: drug and mental health counseling; alcohol abstinence; take medication as directed; search condition; and payment of a $100 special assessment</u>

Type of Supervision: <u>Supervised Release</u>      Date Supervision Commenced: <u>December 28, 2022</u>

Assistant U. S. Attorney: <u>Mark H. Marshall</u>      Defense Attorney: <u>Horatio R. Aldredge (AFPD)</u>

---

### PREVIOUS COURT ACTION

None

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance."

Steve Lynell Spence Jr.
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On January 3, 2023, the defendant submitted a urine sample that tested positive for cocaine. On January 18, 2023, the specimen was confirmed positive for cocaine. The defendant initially denied ingesting cocaine; however, he later admitted to the violation. He has agreed to participate in substance abuse counseling and increased urine surveillance. It should be noted that the defendant was previously on federal supervision under Dkt. No. 1:08-CR-0012(01)LY; however, his supervision was revoked with no term of supervised release to follow.

**U.S. Probation Officer Action:** Based on the defendant's willingness to participate in substance abuse counseling and increased urine surveillance, if Your Honor finds it suitable, no further adverse action is recommended.

Respectfully submitted,

Kathleen Dow
United States Probation Officer
Date: 1/25/2023

Approved:

Craig A. Handy
Supervising United States Probation Officer

---

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: January 26, 2023